
# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA



FILED
NOV 08 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## CRIMINAL COVER SHEET

*Instructions:* *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:** USA v. SALIL PARULEKAR

**CASE NUMBER:** CR 18 00550 LHK NC

**Is This Case Under Seal?** Yes ☐  No ✓

**Total Number of Defendants:** 1 ✓   2-7 ☐   8 or more ☐

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** Yes ☐  No ✓

**Venue (Per Crim. L.R. 18-1):** SF ☐   OAK ☐   SJ ✓

**Is this a potential high-cost case?** Yes ☐  No ✓

**Is any defendant charged with a death-penalty-eligible crime?** Yes ☐  No ✓

**Is this a RICO Act gang case?** Yes ☐  No ✓

**Assigned AUSA (Lead Attorney):** AUSA Patrick Delahunty

**Date Submitted:** 11/8/18

**Comments:**

RESET FORM    SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)