UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>SALIL PARULEKAR,<br>　　　　　Defendant. | Case No. 18-CR-00550-LHK-1<br><br>**ORDER OF REASSIGNMENT TO EXECUTIVE COMMITTEE (RE: FUGITIVE STATUS)** |

　　When a criminal charge has been on file for more than sixty (60) days, the case file indicates that initial process has not been executed, and the defendant is not otherwise before the Court, the assigned Judge may instruct the Clerk to reassign the case to the Executive Committee.

　　Pursuant to this Order, the defendant in the above-captioned case is hereby reassigned to the Executive Committee.

**IT IS SO ORDERED.**

Dated: 8/29/2019

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge

1